ALFONSO ILLONARDO, RESPONDENT, v. ERIE RAILROAD
COMPANY, APPELLANT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose opinion is reported in 103 *N. J. L.* 4.

For the respondent, *Alexander Simpson.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   12.

*For reversal*—None.